1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C N JEWELLERS LLC, and others,

          Plaintiffs,

     v.

PNG JEWELERS INC.,

          Defendant.

Case No. 20-cv-06997-NC

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

     Plaintiffs C N Jewellers LLC and Nilesh Soni filed a complaint against Defendant PNG Jewelers Inc. on October 7, 2020. ECF 1. In their complaint, Plaintiffs allege that the Court has jurisdiction based on diversity jurisdiction under 28 U.S.C. § 1332. ECF 1 at 2. However, in reaching this conclusion Plaintiffs incorrectly applied the corporation citizenship test to C N Jewellers, a limited liability company. *Id.* LLCs are treated like partnerships for the purposes of diversity jurisdiction. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As such, Plaintiffs should have listed the citizenship of all of C N Jewellers' members and then evaluated diversity. *See* 15A Moore's Federal Practice - Civil § 102.57 (2020).

     Accordingly, the Court ORDERS Plaintiffs to show cause in writing why this case should not be dismissed by March 2, 2021. Defendant's reply is due March 6, 2021.

//

//

**IT IS SO ORDERED.**

Dated:  February 23, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California